# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER FRACTION, ON HIS
OWN BEHALF AND OTHERS
SIMILARLY SITUATED,

              Plaintiffs,

-vs-                           Case No.  6:09-cv-902-Orl-28GJK

PROTECTION CONSULTANTS, INC.,
MICHAEL HARGREAVES,

              Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment against Defendant Protection Consultants, Inc. (Doc. No. 20) filed December 15, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed February 16, 2010 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Motion for Entry of Final Default Judgment against Defendant Protections Consultants, Inc. (Doc. 20) is **DENIED**.

3.      Plaintiff is directed to file an amended complaint within fourteen (14) days from the date of this Order and to serve the amended complaint within thirty (30) days from the date of this Order.

4.      Failure to file and serve the amended complaint within the times set forth above, will result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party